UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:11-cv-00621-D

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> EUGENIA DECLEMENTE, INDIVIDUALLY and d/b/a PERICO'S BAR; and PERICO'S BAR, INC., a business entity, d/b/a PERICO'S BAR, <br><br> Defendants. | Entry of Default |

This matter, coming on before the undersigned Clerk of Court, upon Plaintiff Joe Hand Promotions, Inc.'s Motion for Entry of Default against Defendant Perico's Bar, Inc., a business entity, d/b/a Perico's Bar, which was filed with the Court on December 28, 2012.

It appears that Defendant Perico's Bar, Inc., a business entity, d/b/a Perico's Bar has neither filed an answer nor responsive pleading and is subject to default as provided by Rule 55 of the Federal Rules of Civil Procedure.

THEREFORE, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, default is entered against Perico's Bar, Inc., a business entity, d/b/a Perico's Bar.

This the 31st day of January, 2013.

_____
Clerk