AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PERICO'S BAR, INC., *a business entity doing* )<br>*business as Perico's Bar*, )<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:11-CV-621-D** |

**Decision by the Court:**

     IT IS ORDERED AND ADJUDGED that Plaintiff's Motion for Default Judgment [D.E. 20] is GRANTED. Judgment is hereby ENTERED against Perico's Bar, Inc. in the amount of $3,000.00 in statutory damages, $1,012.50 in attorneys' fees, and $350.00 in costs. The clerk shall close the case.

     **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>SEPTEMBER 30, 2013</u> WITH A COPY TO:

Jeremy Todd Browner (via CM/ECF Notice of Electronic Filing)


<u>September 30, 2013</u>                         JULIE A. RICHARDS, Clerk
Date                                         Eastern District of North Carolina

                                                           /s/ Debby Sawyer
                                                           (By) Deputy Clerk

Raleigh, North Carolina